IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:  15-cr-00021-RBJ and 15-cr-00208-RBJ | Date:  August 19, 2015 |
| Courtroom Deputy:  Emily Buchanan | Court Reporter: Kara Spitler |
| Interpreter:  Cathy Bahr | Probation:  Gary Kruck |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA, | Beth Gibson |
| Plaintiff, | |
| v. | |
| 1.  WILIAN HERNAN BENETIZ-RIOS, | Brian Leedy |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING and SUPERVISED RELEASE VIOLATION HEARING**

**Court in session:**   1:01 p.m.

Interpreter sworn.

Appearances of counsel.

Defendant present in custody.

**15-cr-00208-RBJ SUPERVISED RELEASE VIOLATION HEARING**

IT IS **ORDERED** as follows:

1. The Court accepts the stipulation that there was a violation of supervised release;

2. Defendant is sentenced to the Bureau of Prisons for a term of **8 months**, concurrent with the sentence to be imposed in 15-cr-00021-RBJ.

**15-cr-00021-RBJ SENTENCING HEARING**

Argument given on sentencing.

Interpreter reads a letter Defendant wrote to the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** [21] Government's Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under §3E1.1 is **GRANTED**.

**ORDERED:** [26] Defendant's Motion for a Variant Sentence is **DENIED**.

**ORDERED:** Defendant shall be **imprisoned** for **57 months** as to Count One of the Indictment.

**ORDERED:** No term of supervised release is imposed.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

**ORDERED:** Defendant shall pay a special assessment of $100, which is due and payable immediately.

**ORDERED:** No fine is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  1:42 p.m.          Hearing concluded.          Total time:     00:41